UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |
| This Document Relates To: | |
| *Amy Dillon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10831-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 23, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
       **Deputy Clerk**

Date: September 25, 2014

Digitally signed by David R. Herndon
Date: 2014.09.25 23:39:19 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT